# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | amplifycarwash.com whois lookup - who.is |
| Capture URL: | https://who.is/whois/amplifycarwash.com |
| Page loaded at (UTC): | Thu, 30 Jun 2022 19:52:09 GMT |
| Capture timestamp (UTC): | Thu, 30 Jun 2022 19:52:38 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 609a154f-9534-4ec8-a1b9-0bca01e6e5af |
| User: | agdg-admin |

PDF REFERENCE #:    bBqcsrH6Zqr7yse1BqLvQH



# amplifycarwash.com
whois information

Whois | DNS Records | Diagnostics

cache expires in 22 hours, 49 minutes and 57 seconds
↻ refresh

## Registrar Info

| | |
|---|---|
| Name | NAMECHEAP INC |
| Whois Server | whois.namecheap.com |
| Referral URL | http://www.namecheap.com |
| Status | clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

## Important Dates

| | |
|---|---|
| Expires On | 2027-11-18 |
| Registered On | 2021-11-18 |
| Updated On | 2022-05-31 |

## Name Servers

| | |
|---|---|
| dns1.registrar-servers.com | 156.154.132.200 |
| dns2.registrar-servers.com | 156.154.133.200 |

## Similar Domains

ampli-5.com | ampli-5.net | ampli-5.ru | ampli-5.us | ampli-5.uz | ampli-a-lampes.com | ampli-a-tubes.com | ampli-almarro-a318.com | ampli-asbl.com | ampli-association.fr | ampli-atubes.com | ampli-audiophile.fr | ampli-audiovalve.com | ampli-basse.com | ampli-boutique.biz | ampli-boutique.com | ampli-boutique.net | ampli-boutique.org | ampli-br.com | ampli-broadcasting.com |

## Registrar Data

We will display stored WHOIS data for up to 30 days.
↻ refresh

🔒 Make Private Now

```
Registrant Contact Information:
    Name                Redacted for Privacy
    Organization        Privacy service provided by Withheld for Privacy ehf
    Address             Kalkofnsvegur 2
    City                Reykjavik
    State / Province    Capital Region
    Postal Code         101
    Country             IS
    Phone               +354.4212434
    Email               05779dfd248e427ea0b4721af6f7490a.protect@withheldforprivacy.com
Administrative Contact Information:
    Name                Redacted for Privacy
    Organization        Privacy service provided by Withheld for Privacy ehf
    Address             Kalkofnsvegur 2
```

Use promo code WHOIS to save 15% on your first Name.com order.



### Site Status

| | |
|---|---|
| Status | Inactive |
| Server Type | |

### Suggested Domains for amplifycarwash.com

| | |
|---|---|
| ☐ amplify-car-wash.live | $2.99 |
| ☐ amplifyautowash.live | $2.99 |
| ☐ amplifycarwashes.live | $2.99 |
| ☐ amplify-auto-wash.live | $2.99 |
| ☐ upcarwash.live | $2.99 |

---

Document title: amplifycarwash.com whois lookup - who.is
Capture URL: https://who.is/whois/amplifycarwash.com
Capture timestamp (UTC): Thu, 30 Jun 2022 19:52:38 GMT

Page 1 of 2

## Registrar Info

| | |
|---|---|
| Name | NAMECHEAP INC |
| Whois Server | whois.namecheap.com |
| Referral URL | http://www.namecheap.com |
| Status | clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

## Important Dates

| | |
|---|---|
| Expires On | 2027-11-18 |
| Registered On | 2021-11-18 |
| Updated On | 2022-05-31 |

## Name Servers

| | |
|---|---|
| dns1.registrar-servers.com | 156.154.132.200 |
| dns2.registrar-servers.com | 156.154.133.200 |

## Similar Domains

ampli-5.com | ampli-5.net | ampli-5.ru | ampli-5.us | ampli-5.uz | ampli-a-lampes.com | ampli-a-tubes.com | ampli-almarro-a318.com | ampli-asbl.com | ampli-association.fr | ampli-atubes.com | ampli-audiophile.fr | ampli-audiovalve.com | ampli-basse.com | ampli-boutique.biz | ampli-boutique.com | ampli-boutique.net | ampli-boutique.org | ampli-br.com | ampli-broadcasting.com |

## Registrar Data

We will display stored WHOIS data for up to 30 days.
🔄 refresh

🔒 Make Private Now

```
Registrant Contact Information:
    Name            Redacted for Privacy
    Organization    Privacy service provided by Withheld for Privacy ehf
    Address         Kalkofnsvegur 2
    City            Reykjavik
    State / Province Capital Region
    Postal Code     101
    Country         IS
    Phone           +354.4212434
    Email           05779dfd248e427ea0b4721af6f7490a.protect@withheldforprivacy.com

Administrative Contact Information:
    Name            Redacted for Privacy
    Organization    Privacy service provided by Withheld for Privacy ehf
    Address         Kalkofnsvegur 2
    City            Reykjavik
    State / Province Capital Region
    Postal Code     101
    Country         IS
    Phone           +354.4212434
    Email           05779dfd248e427ea0b4721af6f7490a.protect@withheldforprivacy.com

Technical Contact Information:
    Name            Redacted for Privacy
    Organization    Privacy service provided by Withheld for Privacy ehf
    Address         Kalkofnsvegur 2
    City            Reykjavik
    State / Province Capital Region
    Postal Code     101
    Country         IS
    Phone           +354.4212434
    Email           05779dfd248e427ea0b4721af6f7490a.protect@withheldforprivacy.com

Information Updated: 2022-06-30 18:42:05
```

### Site Status

| | |
|---|---|
| Status | Inactive |
| Server Type | |

### Suggested Domains for amplifycarwash.com

| | |
|---|---|
| ☐ amplify-car-wash.live | $2.99 |
| ☐ amplifyautowash.live | $2.99 |
| ☐ amplifycarwashes.live | $2.99 |
| ☐ amplify-auto-wash.live | $2.99 |
| ☐ upcarwash.live | $2.99 |

Purchase Selected Domains