# EXHIBIT B



| | |
|---|---|
| Document title: | amplify car wash advisors - Google Search |
| Capture URL: | https://www.google.com/search?q=amplify+car+wash+advisors&source=hp&ei=b_29Yv3yD_TEqtsPjoitqAQ&iflsig=AJiK0e8AAAAAYr4Lf-lWGylNKieVMKNadCKaiPODIlZv&ved=0ahUKEwi95uui-NX4AhV0omoFHQ5EC0UQ4dUDCAk&uact=5&oq=amplify+car+wash+advisors&gs_lcp=Cgdnd3Mtd2l6EAMyBQgAEIAEMgYIABAeEBYyBQgAEIYDOg4IABCPARDqAhCMAxDlAjoOCC4QjwEQ6gIQjAMQ5QI6EQguEIAEELEDEIMBEMcBENEDOgsIABCABBCxAxDJAzoICC4QgAQQsQM6EQguEIAEELEDEIMBEMcBEKMCOhQILhCABBCxAxDHARDRAxDUAjoOCC4QgAQQsQMQxwEQ0QM6CAgAEIAEELEDOhELLhCABBCxAxDHARDRAxDUAjoOCC4QgAQQsQMQxwEQrwE6CwguEIAEELEDEIMBOggIABCABBDJAzoLCC4QgAQQxwEQrwE6CQgAEB4EQyQMQFjoICAAQHhAPEBZQqgVY6BxgkB5oAXAAeACAAd8BiAGQJZIBBjAuMTcuN5gBAKABAbABCg&sclient=gws-wiz |
| Page loaded at (UTC): | Thu, 30 Jun 2022 19:45:59 GMT |
| Capture timestamp (UTC): | Thu, 30 Jun 2022 19:46:30 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | b8af0d44-85f5-45c6-8fcd-261163668448 |
| User: | agdg-admin |

PDF REFERENCE #:    wXHHUBBiaJSJFMAV6oLq8R

Google  amplify car wash advisors

All   Maps   News   Images   Shopping   More   Tools

About 222,000 results (0.59 seconds)

Ad · https://www.carwashadvisory.com/
**M&A Advisors - Car Wash Financial Advisors**
Get Your Confidential **Car Wash** Valuation and Consultation Today, Free & w/ No Obligations!

https://amplifywash.com
**Amplify Car Wash Advisors**
**Amplify Car Wash Advisors** is a full-service car wash advisory firm formed by Bill Martin and Jeff Pavone. Our mission is to create wealth for our clients ...

**About Us**
About Us · Bill Martin – Partner · Jeff Pavone – Partner · Brad ...

**News**
Amplify Car Wash Advisors Expands Firm with Addition of ...

More results from amplifywash.com »

https://www.facebook.com › ... › Financial Consultant
**Amplify Car Wash Advisors - Home | Facebook**
**Amplify Car Wash Advisors** is a full-service car wash advisory firm formed by Bill Martin and Jeff Pavone. Our mission is to create weal ...

https://www.linkedin.com › company › amplify-car-wash-...
**Amplify Car Wash Advisors | LinkedIn**
**Amplify Car Wash Advisors** is the number one advisors of car wash chains nationwide. With a mission of creating wealth for clients, Amplify helps car wash ...

https://commercialplus.com › amplify-car-wash-advisor...
**Amplify Car Wash Advisors Closes on a Record 30 Car ...**
Jan 20, 2022 — One of the fastest growing national **car wash** franchises, Tommy's Express **Car Wash**, opened seven new locations in April 2022. Located in Burleson ...

https://commercialplus.com › amplify-car-wash-advisor...
**Commercial Plus Amplify Car Wash Advisors Announces Jax ...**
Mar 21, 2022 — **Amplify Car Wash Advisors**, a national mergers and acquisitions and capital advisory firm, announced that Jax Kar Wash of Michigan has ...



**Amplify Car Wash Advisors**

Website | Directions | Save

Investment service in Scottsdale, Arizona

**Address:** 9590 E Ironwood Square Dr #215, Scottsdale, AZ 85258

**Hours:** Open · Closes 5PM ▾

**Phone:** (480) 581-1000

Suggest an edit · Own this business?

**Questions & answers**
Be the first to ask a question
[Ask a question]

**Reviews**
Be the first to review
[Write a review]  [Add a photo]

**From Amplify Car Wash Advisors**
"Amplify Car Wash Advisors, specializing in mergers and acquisitions and capital advisory, is the number one advisor to car wash chains nationwide. We help car wash owners maximize the value of their car wash operations when it comes to selling or... More

About this data   Feedback

**Videos**

 There are so many factors to... - Amplify Car Wash Advisors ...
Facebook · Amplify Car Wash Advisors
Mar 22, 2022

 Listen to M&A expert Jeff... - Amplify Car Wash Advisors | By ...
Facebook · Amplify Car Wash Advisors
Feb 28, 2022

 *** M&A Pro Tip *** Wondering... - Amplify Car Wash Advisors ...
Facebook · Amplify Car Wash Advisors
1 week ago

Feedback

View all →

▶ **Videos**



**There are so many factors to... - Amplify Car Wash Advisors ...**
Facebook · Amplify Car Wash Advisors
Mar 22, 2022

**Listen to M&A expert Jeff... - Amplify Car Wash Advisors | By ...**
Facebook · Amplify Car Wash Advisors
Feb 28, 2022

**\*\*\* M&A Pro Tip \*\*\* Wondering... - Amplify Car Wash Advisors ...**
Facebook · Amplify Car Wash Advisors
1 week ago

Feedback

View all →

https://www.carwash.com › retention-express-amplify-c...
**Retention express, Amplify Car Wash Advisors create Amplify ...**
May 9, 2022 — Formed with the deliberate mission to be advocates for **carwash** owners and operators, **Amplify** Ventures has partnered with Retention Express, a ...

https://twitter.com › CarWashAdvisors
**Amplify Car Wash Advisors (@CarWashAdvisors) / Twitter**
Leading national **car wash** sales, M&A, and capital advisory firm formed by Bill Martin and Jeff Pavone with a mission of creating wealth for clients.

https://www.visualvisitor.com › companies › amplify-ca...
**Amplify Car Wash Advisors - Phone, Email, Employees, CEO ...**
View **Amplify Car Wash Advisors** (https://amplifywash.com/) location in Arizona, United States , revenue, industry and description. Find related and similar ...

Where are Amplify Car Wash Advisors's Headquarters?    ⌄
How many employees are working in Amplify Car Wash Advisors    ⌄

**Related searches**

| top car wash franchises | car wash advisory |
| car wash directory | car wash valuation |
| ardent advisory group | largest car wash in pennsylvania |
| mister car wash vs quick quack | best car wash in the usa |



1  2  3    Next

● Southern United States - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms

---

Document title: amplify car wash advisors - Google Search
Capture URL: https://www.google.com/search?q=amplify+car+wash+advisors&amp;source=hp&amp;ei=b_29Yv3yD_TEqtsPjoitqAQ&amp;iflsig=AJiK0e8AAAAAYr4Lf-...
Capture timestamp (UTC): Thu, 30 Jun 2022 19:46:30 GMT    Page 2 of 2