# EXHIBIT D



**Maryam N. Hadden, Esq.**
Partner
maryam.hadden@parlatorelawgroup.com
Direct: 646-846-6382

May 31, 2022

Christopher W. Niro, Esq.
Ahronberg Goldgehn Davis & Garmisa, LLP
330 N. Wabash Avenue, Suite 1700
Chicago, Illinois 60611
cniro@agdglaw.com

*VIA Email*

Re:  Claimed Unauthorized Use of Domain Name "Amplifycarwash.com"

Counsel,

    I write in response to your May 25, 2022, letter sent to our client Harry Caruso, in his capacity as founder of Car Wash Advisory, LLC.  As an initial matter, our firm represents both Mr. Caruso and Car Wash Advisory, LLC; please address any further correspondence directly to myself and my partner, Craig Yaris, Esq.

    Your letter threatens to pursue litigation against our client unless Car Wash Advisory a) immediately ceases the use of its legitimately purchased web domain, "amplifycarwash.com" and b) transfers the "amplifycarwash.com" domain and "any other domain containing the AMPLIFY mark" to your client's control.  As your letter does not mention any compensation for such a transfer, it appears to be a thinly veiled attempt to intimidate our client into surrendering his property.

    Further, your letter fails to acknowledge the potential infringement upon our client's distinctive mark and reputation in the capital advisory and mergers and acquisitions space which is ongoing by your client's usage of "Car Wash Advisors" in its company title and in markings throughout your client's website and marketing materials.  As our client formed his business under the name "Car Wash Advisory" in August of 2019, several months before Amplify Car Wash Advisors was formed and

Licensed to practice by the States of New York and New Jersey
U.S. District Courts in New York and New Jersey, U.S. Court of Appeals for the Second Circuit

Parlatore Law Group is a nationwide cloud-based law firm. Please send all correspondence electronically.
In the event that physical mail is required please use the central mailing address below.

 www.parlatorelawgroup.com  One World Trade Center, Suite 8500, New York, NY 10007 

began doing business, your client's usage of "Car Wash Advisors" appears tailored to cause confusion among consumers and to trade upon good will generated by our client's labors. As a result, our client has asked us to evaluate the merits of pursuing any claims he may have against you for your infringement.

In light of your client's usage of the "Car Wash Advisors" mark and in light of your client's concern regarding the "amplifycarwash.com" domain, it appears that the best resolution may be for our client to cease usage of the domain and, in return, for your client to cease using the mark "Car Wash Advisors" in your client's title, website and marketing materials.

Should you wish to discuss this situation further, please let us know. Otherwise, our client will cease usage of the "amplifycarwash.com" domain within 5 business days of your client's removal of the "Car Wash Advisors" mark from its website and materials.

Very truly yours,

Maryam N. Hadden, Esq.
Craig E. Yaris, Esq.
Parlatore Law Group, LLP
One World Trade Center, Suite 8500
New York, New York  10007
maryam.hadden@parlatorelawgroup.com
craig.yaris@parlatorelawgroup.com
*Attorneys for Car Wash Advisors, LLC*