# EXHIBIT F

We Help Sell Your Car Wash | Car

carwashadvisory.com

(866) 579-0342

Get a Free Valuation

CAR WASH ADVISORY

# Leading M&A Advisor for Car Wash Owners

We sell car washes for single or multi-location owners.

Sell My Car Wash

Top 100 M&A Deals →

Elements Console Sources Network

Preserve log Disable cache No throttling

Filter Invert Hide data URLs

All Fetch/XHR JS CSS Img Media Font Doc WS Wasm Manifest Other

Has blocked cookies Blocked Requests 3rd-party requests

20000 ms 40000 ms 60000 ms 80000 ms

| Name |
|---|
| amplifycarwash.com |
| www.carwashadvisory.com |
| webfont.js |
| 626804da0fe4954a92ac17ce_ |
| 6268062e1e7f381cd179a81f_ |
| 626805312b3ad2f18653e35c_ |
| 6268089d6f5bad478ae5823f_ |
| 62682391e5fb15b3ee3f8ba6_ |
| 62681aad11b756e91f71efb5_ |
| 62681ab2a79f06dc91a87ce2_ |
| 6275370611a53c5c87d9d5c5_ |
| 627537fc76ecdcb908314a74_ |
| 628c0a258fee578f94ba1ab4_ |
| 6275380476ecdc73a8314ae5_ |
| 628c0a25e0f0af4110e95c03_y |

76 requests 76.0 kB transferred

Headers Preview Response Initiator Timing

**General**

**Request URL:** http://amplifycarwash.com/

**Request Method:** GET

**Status Code:** 302 Found

**Remote Address:** 192.64.119.125:80

**Referrer Policy:** strict-origin-when-cross-origin

**Response Headers** View source

**Connection:** keep-alive

**Content-Length:** 54

**Content-Type:** text/html; charset=utf-8

**Date:** Wed, 29 Jun 2022 17:35:34 GMT

**Location:** https://www.carwashadvisory.com

**Server:** nginx

**Via:** 1.1 agdglaw.Agdglaw.com (http_scan_byf/3.5.16)

javascript - View source of file th... | Car Wash Broker | For Buying and...

https://www.carwashadvisory.com

CAR WASH ADVISORY

Industry-Leading

# Car Wash Broker *and* M&A Advisor

Get Started

## —What We Do—

We're a Car Wash Broker and M&A Advisor. Here to Help If You're Looking To

### SELL

We handle the entire selling process for your

### BUY

Browse our exclusive listings and see our

### RAISE

Raise capital for acquisitions, new builds or

Elements | Console | Sources | Network

Preserve log | Disable cache | No throttling

Filter | Invert | Hide data URLs

All | Fetch/XHR | JS | CSS | Img | Media | Font | Doc | WS | Wasm | Manifest | Other

Has blocked cookies | Blocked Requests | 3rd-party requests

50000 ms | 100000 ms | 150000 ms | 200000 ms

Name
- amplifycarwash.com
- www.carwashadvisory.com
- js?id=UA-139725546-2
- netlify-identity-widget.js
- css?family=Open+Sans:300,3
- 49c45c0f52dcaf5c3cf8e736ae
- simple-scrollbar.css
- style.css
- 56acd6778bcd2a717d4a6714
- simple-scrollbar.min.js
- swap.js
- cwa-horizontal.svg
- sell-car-wash.svg
- buy-carwash.svg
- car-wash-loan-borrowing.svg
- headshot-wasik-homepage.jp
- headshot-diaz-homepage.jpg
- headshot-sullivan-homepage
- carwashing_and_detailing_log
- wash-trends_logo.png
- auto-laundry_news_logo.png
- startup-info-featured-in-logo

66 requests | 394 kB transferred

Headers | Preview | Response | Initiator | Timing

**General**

**Request URL:** http://amplifycarwash.com/
**Request Method:** GET
**Status Code:** 302 Found
**Remote Address:** 192.64.119.125:80
**Referrer Policy:** strict-origin-when-cross-origin

**Response Headers** View source

**Connection:** keep-alive
**Content-Length:** 54
**Content-Type:** text/html; charset=utf-8
**Date:** Wed, 25 May 2022 20:30:29 GMT
**Location:** https://www.carwashadvisory.com
**Server:** nginx
**Via:** 1.1 agdglaw.Agdglaw.com (http_scan_byf/3.5.16)
**X-Cache:** MISS from agdglaw.Agdglaw.com
**X-Served-By:** Namecheap URL Forward

**Request Headers** View source

**Accept:** text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.

