# EXHIBIT G



**Aronberg Goldgehn Davis &
Garmisa**
**330 North Wabash Ave., Suite
1700**
**Chicago, Illinois 60611-3586**
**TEL:  312-755-9600**
**FAX: 312-828-9635**
**www.agdglaw.com**

**M. "Chip" De Preter**
**DIRECT: 312-755-3153**
**DIRECT FAX: 312-222-6364**
**cdepreter@agdglaw.com**

June 21, 2022

**<u>FRE 408</u>**

Via EMail

Maryam N. Hadden
Parlatore Law Group
One World Trade Center, Suite 8500
New York, NY 10007

     RE:  **Notice of Unauthorized Use of "AMPLIFYCARWASH.COM"**

Maryam:

     This is a follow up to our letter of June 3, 2022.

     We did not receive any further correspondence from you.  However, after our last communications, it appears that the website www.amplifycarwash.com is no longer active. Thank you for deactivating the link.

     While your assistance in removing the active domain link is appreciated, it still leaves open the problem with your ownership of the infringing domain.  Pursuant to pursuant to 15 U.S.C. §§ 1116 and 1125(d)(1)(C), we are entitled to certain relief including the transfer of the Domain Name to us, or alternatively, cancellation of your registration of the Domain Name.

     We are prepared to enlist the assistance of the Court in obtaining such relief if the parties cannot resolve this.  In view of the fact that bringing the complaint will at least require us to pay a $400 filing fee, we are prepared to split that cost with you and pay $200 for transfer of the domain.

     This offer remains open until midnight Central time on June 27, 2022.  In the event that we do not receive your agreement to transfer the domain by that time, we will have no choice but to enlist the aid of the court and we will further seek to recover all of our attorneys' fees and costs, together with prejudgment and post-judgment interest in doing so.



We look forward to receiving your prompt cooperation response.  Nothing in this letter should be construed as a waiver, relinquishment or election of rights or remedies by our client or its related entities. Amplify and its related entities expressly reserve all rights and remedies under all applicable federal and state laws.

Best Regards,

M. Chip De Preter