UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

AMPLIFY CAR WASH ADVISORS LLC,

                                  Plaintiff,        Case No.  22-cv-5612

                                                        Plaintiff's Rule 7.1
                                                        Disclosures

- against –

CAR WASH ADVISORY LLC and HARRY CARUSO

                                Defendants.

-----------------------------------------------------

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, Amplify Car Wash Advisors LLC, ("Amplify"), by and through its attorneys, Aronberg Goldgehn Davis & Garmisa, in accordance with Federal Rule of Civil Procedure 7.1, hereby makes its corporate disclosures and identification of affiliates as follows:

There is no parent corporation or any publicly held corporation owning 10% or more of Amplify's stock.

Dated: July 5, 2022                    */s/ Matthew De Preter*
                                                Matthew De Preter

                                                ARONBERG GOLDGEHN DAVIS & GARMISA
                                                330 N. Wabash Ave, Suite 1700
                                                Chicago, IL 60611
                                                312-755-3153
                                                cdepreter@agdglaw.com
                                                ***Attorneys for Plaintiff***