UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMPLIFY CAR WASH ADVISORS LLC,

                    Plaintiff,

          - against -

CAR WASH ADVISORY, LLC, et al.,

                    Defendants.

22-cv-5612 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

       The time to respond to the complaint is extended to
_9/23/22_. If the defendant fails to respond by that
date, the plaintiff may move by order to show cause for a
default judgment by _10/7/22_. If the plaintiff fails to
move for a default judgment by that date, the case will be
dismissed without prejudice for failure to prosecute.

       The conference scheduled for September 20, 2022 is
canceled.

SO ORDERED.

Dated:     New York, New York
           September 15, 2022

                                      John G. Koeltl
                               United States District Judge