UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,

               Plaintiff,

- against -

CAR WASH ADVISORY LLC, ET AL.,

               Defendants.

22-cv-5612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff has moved for a default judgment against the defendants, see ECF No. 25. The plaintiff should serve the papers in support of the motion on the defendants by October 3, 2022, and file proof of service by October 6, 2022. The defendants should respond to the motion by October 14, 2022. The plaintiff may file reply papers by October 21, 2022. If the defendants fail to respond to the motion, the motion may be granted in which event the defendants will have no trial. No appearance is required in connection with this motion.

SO ORDERED.

Dated:    New York, New York
           September 29, 2022

                                            John G. Koeltl
                                     United States District Judge