UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,

                    Plaintiff,

          - against -

CAR WASH ADVISORY LLC, ET AL.,

                    Defendants.

22-cv-5612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On September 27, 2022, the plaintiff filed a motion for a default judgment against the defendants. See ECF No. 25. On September 29, 2022, the Court ordered the defendants to respond to the motion by October 14, 2022, and directed the plaintiff to reply by October 21, 2022. See ECF No. 29.

On October 4, 2022, the defendants filed a submission styled as a "Motion to Set Aside Default and for Permission to File a Late Answer." ECF No. 32, 34. On October 20, 2022, the plaintiff filed a submission styled as an "Opposition" to that motion. ECF No. 36. The Court construes ECF No. 32 and related documents as the defendants' response to the September 27, 2022 motion for default judgment, and the Court construes ECF No. 36 as the plaintiff's reply. The plaintiff is accordingly directed

to provide the Court with courtesy copies of all papers filed in

connection with the fully briefed motion for default judgment.

SO ORDERED.

Dated:     New York, New York
           October 21, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge