UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
AMPLIFY CAR WASH ADVISORS LLC,   )
                                 )    Case No. 22-cv-5612-JGK
                Plaintiff,       )
v.                               )
CAR WASH ADVISORY LLC,           )
HARRY CARUSO,                    )
                                 )
                Defendants.      )
---------------------------------------------------------------x

# [PROPOSED] ORDER TO SET ASIDE CERTIFICATE OF DEFAULT AND GRANTING LEAVE TO FILE AN ANSWER PAST THE ORIGINAL DEADLINE

This matter comes before the Court by Motion of the Plaintiff for the entry of a final judgment of default against the Defendants, Car Wash Advisory LLC and Harry Caruso, and the Cross-Motion of the Defendants for an Order setting aside the Clerk's certificate of default pursuant to Fed. R. Civ. Pro. 55(c) and granting leave for the Defendants to file a late Answer pursuant to Fed. R. Civ. Pro. 6(b)(1)(B).

The Court, having considered the papers filed by all parties, and the supporting documents and exhibits thereto, and all other pleadings and papers on file in this action, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiff's Motion for a final judgment of Default is DENIED;

2. Defendants' Motion seeking to set aside the Clerk's certificate of default is GRANTED and the default is set aside;

3. Defendants' Motion for leave to file a late Answer is GRANTED. Defendants are hereby Ordered to file the proposed Answer within seven (7) days of the date of this Order or risk the reinstatement of the default.

Dated: 11/9/22

SO ORDERED

John G. Koetl
United States District Judge