```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

AMPLIFY CAR WASH ADVISORS LLC,

                Plaintiff,

  - against -

CAR WASH ADVISORY LLC, ET AL.,

                Defendants.

------------------------------------------------------

22-cv-5612 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 23, 2022.

SO ORDERED.

Dated:    New York, New York
          November 9, 2022

                                                John G. Koeltl
                                      United States District Judge