**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
AMPLIFY CAR WASH ADVISORS LLC,                     :
                                                   :
                    Plaintiff,                     :        22-CV-5612 (JGK) (OTW)
                                                   :
             -against-                             :        ORDER
                                                   :
CAR WASH ADVISORY LLC, et al.,                     :
                                                   :
                    Defendants.                    :
                                                   :
                                                   :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF 45. The parties are directed to meet and confer on their discovery disputes. The Court does not anticipate granting an extension of the discovery deadline set forth in the Case Management Plan. (ECF 44). The Court shall have a Status Conference on **May 18, 2023, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint proposed agenda for the Status Conference by **May 12, 2023**.

      SO ORDERED.

Dated: March 22, 2023  
       New York, New York

                                                        *s/ Ona T. Wang*  
                                                       **Ona T. Wang**  
                                                       United States Magistrate Judge