**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AMPLIFY CAR WASH ADVISORS LLC,

                Plaintiff,

                -against-

CAR WASH ADVISORY LLC, et al.,

                Defendants.

------------------------------------------------------------x

22-CV-5612 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court held a Status Conference on May 18, 2023. As discussed at the conference, Plaintiff is directed to file a letter on the docket by **May 25, 2023**, whether Plaintiff will produce documents to Defense Counsel without requiring Defendants to go to Arizona to inspect them. Alternatively, Plaintiff may elect to share costs of Defense Counsel to go to Arizona to inspect documents. All other discovery disputes raised the parties in advance of the conference in ECF Nos. 45 and 50 were resolved.

    The parties are directed to file a joint status letter by **June 30, 2023**.

    **SO ORDERED.**

Dated: May 18, 2023
       New York, New York

                              _س/ Ona T. Wang_
                              **Ona T. Wang**
                              United States Magistrate Judge