**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AMPLIFY CAR WASH ADVISORS LLC,

           Plaintiff,

           -against-

CAR WASH ADVISORY LLC, et al.,

           Defendants.

------------------------------------------------------------x

22-CV-5612 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference on October 31, 2023.

As discussed at the conference, Defendants must provide responses and objections to Plaintiff's August 24, 2023 document requests **by November 3, 2023** and must produce responsive documents **by November 17, 2023**.

The discovery deadlines in this case are extended to **December 22, 2023.**

The parties are encouraged to meet and confer about a schedule for any possible remaining depositions.

    **SO ORDERED.**

                                              _s/ Ona T. Wang_

Dated: November 1, 2023                          **Ona T. Wang**
       New York, New York                  United States Magistrate Judge