

Aronberg Goldgehn Davis & Garmisa
330 North Wabash Ave., Suite 1700
Chicago, Illinois 60611-3586
TEL: 312-828-9600
FAX: 312-828-9635
www.agdglaw.com

SOFIA QUEZADA HASTINGS
SHASTINGS@AGDGLAW.COM

OUR FILE NUMBER: 104190.000300

December 22, 2023

**VIA ECF**
The Honorable Ona T. Wang
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      RE: Joint Status Letter

Dear Judge Wang:

      Counsel for Plaintiff, Amplify Car Wash Advisors, LLC, files this joint status letter on behalf of all parties pursuant to the minute entry dated November 9, 2023. [Dkt. 64] as a follow up to the parties' December 1st Joint Status.

      On December 18, 2023, Plaintiff Amplify took the 30(b)(6) deposition of Defendant CWA. CWA designated Colin May to participate for the company. The deposition mainly concerned advertising keywords and financial documents of CWA that Mr. May in part was not able to testify over. After the deposition, Plaintiff reached out to Defendant addressing its concerns. Defendant represents that there are certain financial recordkeeping aspects that the Defendant does not undertake as part of its regular business practice, and thus no CWA representative will be able to testify to such records. Plaintiff is awaiting receipt of the transcript from the deposition to determine whether any further testimony on behalf of the company would be necessary.

      Mr. May's testimony also implied that several responsive documents may have been inadvertently omitted from production. Defendant has since stated that those documents that will be produced and has begun that production.

      The parties have also mutually expressed their interest to proceed with mediation. Plaintiff is available in early-mid January, with limited blocks of availability after January. Plaintiff would prefer an in-person mediation. Defendant is also available in early-mid January, with blocks of availability in February and March.  A virtual proceeding would be preferable to the Defendant if possible.

                                      */s/ Sofia Quezada Hastings*
                                      Sofia Quezada Hastings
                                      One of the Attorneys for Plaintiff