UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,
                Plaintiff,

- against -

CAR WASH ADVISORY LLC, ET AL.,
                Defendants.

22-cv-5612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the plaintiff's partial motion for summary judgment, on **January 9, 2025**, at **3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
          December 16, 2024

                                      John G. Koeltl
                              United States District Judge