UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AMPLIFY CAR WASH ADVISORS LLC,

                         Plaintiff,                    22-cv-5612 (JGK)

           - against -                                 ORDER

CAR WASH ADVISORY LLC, ET AL.,

                         Defendants.
_____

JOHN G. KOELTL, District Judge:

     The oral argument currently scheduled for January 9, 2025,

at 3:00 p.m., is adjourned to **January 10, 2025**, at **2:30 p.m.**, in

Courtroom 14A, 500 Pearl Street, New York, New York 10007.


SO ORDERED.
Dated:     New York, New York
           December 31, 2024

                                        _____
                                             John G. Koeltl
                                        United States District Judge