UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AMPLIFY CAR WASH ADVISORS LLC.,

              Plaintiff,

      -against-

CAR WASH ADVISORY LLC, et al.,

              Defendants.

-------------------------------------------------------------x

22-CV-5612 (JGK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Final Pretrial Conference on this matter on April 23, 2025. As **ORDERED** at the April 23 Conference:

1) The deadline for Defendants to depose Jeff Bankey and Ed Goff is **May 2, 2025;**

2) The parties are directed to file a joint stipulation regarding the dismissal of Count 4 in the Complaint by **May 2, 2025**;

3) The parties are directed to meet and confer regarding any additional motions *in limine* regarding the parties' exhibits and the other topics discussed at the conference; any such additional motions are due by **May 23, 2025,** and responses to any motions *in limine*, including ECF 93, are due by **May 30, 2025**;

4) Proposed *voir dire* and jury instructions are due by **May 23, 2025**;

5) The parties are directed to file a joint letter by **May 30, 2025,** apprising the Court of any dates on which they are unavailable for trial.

**SO ORDERED.**

Dated: April 23, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge