```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
AMPLIFY CAR WASH ADVISORS LLC,
                Plaintiff,              22-cv-5612 (JGK)

       - against -                      ORDER

CAR WASH ADVISORY LLC, ET AL.,
                Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The defendants are directed to respond to the plaintiff's letter motion, located at ECF No. 99, by **May 27, 2025**.

**SO ORDERED.**
**Dated:   New York, New York**
**         May 19, 2025**

<u>/s/ John G. Koeltl</u>
John G. Koeltl
**United States District Judge**
