# EXHIBIT 1

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | Maryam N. Hadden, Esq. <maryam.hadden@parlatorelawgroup.com> |
| **Sent:** | Wednesday, October 11, 2023 8:13 AM |
| **To:** | M. "Chip" De Preter; Sofia Quezada Hastings; Alex G. Patchen; Gina Kim |
| **Subject:** | Amplify v CWA additional disclosures |
| **Attachments:** | DeRidder-CWA_Affidavit.pdf; Waters-D.Patel-CWA-Affidavit.pdf; Waters-D.Long-CWA-Affidavit.pdf; Fast-Eddies_CWA_affidavit.pdf; Wyomissing-CWA-Affidavit.pdf; Pease.Chris-CWA_Affidavit.pdf; Sparkle-CWA_Affidavit.pdf; Duckys-CWA_Affidavit.pdf; Mr.-Magic_CWA_Affidavit.pdf |

Counsel, attached please find just received additional disclosures. I'm currently stuck in an airport without the ability to bates stamp, my apologies. I will contact you and the court as soon as I know my next flight time.

Maryam

Sent from my iPhone

Maryam Hadden
Partner, Parlatore Law Group LLP
260 Madison Avenue, 17th Floor, New York, NY 10016
Direct Dial: (646)846-6382

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

**Exhibit 23**
05/02/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------
```
AMPLIFY CAR WASH ADVISORS LLC  :
            :
      Plaintiff,   :
            :
v.            :  Case No. 22-cv-5612-JGK-OTW
            :
CAR WASH ADVISORY LLC, and  :
HARRY CARUSO,      :  **AFFIDAVIT**
            :
      Defendants.  :
```
---------------------------------------------------------------
```

STATE OF <u>Louisiana</u>    )

          ) ss.

COUNTY OF <u>Beauregard Parish</u> )


   <u>Doug White</u>, being duly sworn, deposes and says:

   1. I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

   2. I am an authorized representative of and past or current owner of <u>DeRidder Express Wash (located at 1309 N. Pine Street, DeRidder, LA  70634)</u> and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

   3. I entered into a transaction involving CWA on behalf of the above business in the year <u>2023</u>, which closed on or about <u>June 2023</u>.

   4. I first became familiar with CWA and Harry Caruso through <u>a car wash manager referring me to Eric Harrison, an employee of Car Wash Advisory at the time</u>.  I first contacted CWA by <u>calling Eric Harrison directly</u>.

5.    I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.    At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Doug White*

**Name:** Doug White

**Companies and / or Entities:**

DeRidder Express Wash (located at 1309 N. Pine Street, DeRidder, LA  70634)

**Dated:**  2023-10-09

# Signature Certificate

Reference number: YMOSC-TZHDU-ZKARU-CXD9A

| Signer | Timestamp | Signature |
|---|---|---|
| **Doug White**<br>Email: white.doug@aol.com | | |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 02:56:31 UTC | |
| Viewed: | 10 Oct 2023 03:01:56 UTC | |
| Signed: | 10 Oct 2023 03:03:41 UTC | |

*Doug White*

**Recipient Verification:**

| | | |
|---|---|---|
| ✔ Email verified | 10 Oct 2023 03:01:56 UTC | |

IP address: 12.146.127.42
Location: Rayville, United States

Document completed by all parties on:
10 Oct 2023 03:03:41 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------
AMPLIFY CAR WASH ADVISORS LLC        :
                                     :
                   Plaintiff,        :
                                     :
v.                                   :        Case No. 22-cv-5612-JGK-OTW
                                     :
CAR WASH ADVISORY LLC, and           :
HARRY CARUSO,                        :        **AFFIDAVIT**
                                     :
                   Defendants.       :
-----------------------------------------------------------
```

STATE OF <u>Illinois</u>                )

                                                    ) ss.

COUNTY OF <u>Cook County</u>                )


<u>Mark Swanson</u>, being duly sworn, deposes and says:

1.     I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

2.     I am an authorized representative of and past or current owner of <u>Metro Clean Ride, LLC (DBA Ducky's Car Wash) located at 3306 W. 51st St.  Chicago, IL 60632</u> and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

3.     I entered into a transaction involving CWA on behalf of the above business in the year <u>2023</u>, which closed on or about <u>July 14th, 2023</u>.

4.     I first became familiar with CWA and Harry Caruso through <u>Car Wash Advisory's website of carwashadvisory.com</u>.   I first contacted CWA by <u>submitting a form through carwashadvisory.com</u>.

5.    I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.    At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Mark Swanson*

**Name:** Mark Swanson

**Companies and / or Entities:**

Metro Clean Ride, LLC (DBA Ducky's Car Wash) located at 3306 W. 51st St.  Chicago, IL 60632

**Dated:**   2023-10-10

# Signature Certificate

Reference number: KU4TB-FANJU-TUETN-BUBPT

| Signer | Timestamp | Signature |
|---|---|---|
| **Mark Swanson** | | |
| Email: swanson.mt@gmail.com | | |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 16:55:30 UTC | |
| Viewed: | 10 Oct 2023 18:00:01 UTC | |
| Signed: | 10 Oct 2023 18:01:25 UTC | |

**Recipient Verification:**

✔ Email verified          10 Oct 2023 18:00:01 UTC

IP address: 98.212.49.89
Location: River Forest, United States

Document completed by all parties on:
10 Oct 2023 18:01:25 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------
AMPLIFY CAR WASH ADVISORS LLC          :
                                       :
                     Plaintiff,        :
                                       :
v.                                     :      Case No. 22-cv-5612-JGK-OTW
                                       :
CAR WASH ADVISORY LLC, and             :
HARRY CARUSO,                          :      **AFFIDAVIT**
                                       :
                     Defendants.       :
----------------------------------------------------------------
```

STATE OF  <u>Maine</u>    )

                          ) ss.

COUNTY OF <u>Kennebec</u>  )


     <u>Edward R. Goff</u>_____, being duly sworn, deposes and says:

1.     I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

2.     I am an authorized representative of <u>Fast Eddie's Express Wash LLC. and Capital City Holdings, past or current legal owners of</u> Fast Eddies Express Car Wash (Augusta and Brunswick Locations) located at 208 Western Ave, Augusta, ME  04330 and 139 Pleasant St, Brunswick, ME 04011, and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

3.     I entered into a transaction involving CWA on behalf of the above business in the year <u>2021</u>, which closed on or about <u>December 7th, 2021</u>

4.     I first became familiar with CWA and Harry Caruso through <u>reading an article Harry wrote</u>.  I first contacted CWA by <u>phone_____</u>.

5.    I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.    At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Edward Goff*

Name: Edward R. Goff


Companies and / or Entities:

Past Owner of Fast Eddie's Express Wash LLC. and Capital City Holdings

Dated:  2023-10-10

# Signature Certificate

Reference number: MFH45-COZHK-ONPYM-OVDSU

| Signer | Timestamp | Signature |
|---|---|---|
| **Edward Goff**<br>Email: ej_goff@hotmail.com | | Edward Goff |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 02:27:38 UTC | |
| Viewed: | 10 Oct 2023 13:10:07 UTC | |
| Signed: | 10 Oct 2023 13:13:12 UTC | |

**Recipient Verification:**

✔Email verified          10 Oct 2023 13:10:07 UTC

IP address: 129.222.216.250
Location: New York, United States

Document completed by all parties on:
10 Oct 2023 13:13:12 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------
```
AMPLIFY CAR WASH ADVISORS LLC            :
                                         :
                         Plaintiff,      :
                                         :
v.                                       :        Case No. 22-cv-5612-JGK-OTW
                                         :
CAR WASH ADVISORY LLC, and               :
HARRY CARUSO,                            :        **AFFIDAVIT**
                                         :
                         Defendants.     :
```
----------------------------------------------------------
```

STATE OF <u>Pennsylvania</u>              )

                                         ) ss.

COUNTY OF <u>Allegheny County</u>          )


    <u>Alan Tiano</u>, being duly sworn, deposes and says:

1.    I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

2.    I am an authorized representative of and past or current owner of <u>Mr. Magic Car Wash, Inc., a Pennsylvania corporation ("Mr. Magic"), Mr. Magic II, LLC, a Pennsylvania limited liability company ("Mr. Magic II"), TF Properties, LP, a Pennsylvania limited partnership ("TFP"), and JJ&A Properties, LLC, a Pennsylvania limited liability company,</u> and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

3.    I entered into a transaction involving CWA on behalf of the above business in the year <u>2021</u>, which closed on or about <u>December 2021</u>.

4.    I first became familiar with CWA and Harry Caruso through <u>Harry Caruso calling</u>

me and leaving me a voicemail.  I first contacted CWA by <u>calling him back over the phone</u>.

5.    I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.    At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Alan Tiano*

**Name:** Alan Tiano

**Companies and / or Entities:**

Mr. Magic Car Wash, Inc., a Pennsylvania corporation ("Mr. Magic")
Mr. Magic II, LLC, a Pennsylvania limited liability company ("Mr. Magic II")
TF Properties, LP, a Pennsylvania limited partnership ("TFP")
JJ&A Properties, LLC, a Pennsylvania limited liability company

**Dated:**  2023-10-10

# Signature Certificate

Reference number: 6WBBV-XLTJP-JYV46-Z4JGF

| Signer | Timestamp | Signature |
|--------|-----------|-----------|
| **Alan Tiano**<br>Email: tiano.alan@gmail.com | | |

| | | |
|--------|-----------|-----------|
| Sent: | 10 Oct 2023 02:36:58 UTC | |
| Viewed: | 10 Oct 2023 11:17:30 UTC | |
| Signed: | 10 Oct 2023 13:22:43 UTC | |

**Recipient Verification:**

✔ Email verified          10 Oct 2023 11:17:30 UTC

IP address: 100.6.111.28
Location: Pittsburgh, United States

Document completed by all parties on:
10 Oct 2023 13:22:43 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------
AMPLIFY CAR WASH ADVISORS LLC          :
                                       :
                    Plaintiff,         :
                                       :
v.                                     :        Case No. 22-cv-5612-JGK-OTW
                                       :
CAR WASH ADVISORY LLC, and             :
HARRY CARUSO,                          :        **AFFIDAVIT**
                                       :
                    Defendants.        :
-----------------------------------------------------------------
```

STATE OF <u>Tennessee</u>            )

                                     ) ss.

COUNTY OF <u>Knox County</u>           )


      <u>Chris Pease</u>, being duly sworn, deposes and says:

      1.     I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

      2.     I am an authorized representative of and past or current owner of <u>Clean Machine Magic Carwash, LLC (located at 4315 Broadway Knoxville TN 37917, 4605 Chapman Hwy Knoxville TN 37920)</u> and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

      3.     I entered into a transaction involving CWA on behalf of the above business in the year <u>2022</u>, which closed on or about <u>February 7th, 2023</u>.

      4.     I first became familiar with CWA and Harry Caruso through <u>Car Wash Advisory's website of carwashadvisory.com from google searching topics related to car wash valuations.</u>  I

Document Ref: 2WXHC-IU9H7-CULTP-TATYX

first contacted CWA by <u>submitting a form through carwashadvisory.com</u>.

     5.     I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

     6.     At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Chris Pease*

**Name:** <u>Chris Pease</u>

**Companies and / or Entities:**

<u>Clean Machine Magic Carwash, LLC (located at 4315 Broadway Knoxville TN 37917, 4605 Chapman Hwy Knoxville TN 37920)</u>

**Dated:**  2023-10-10

# Signature Certificate

Reference number: 2WXHC-IU9H7-CULTP-TATYX

| Signer | Timestamp | Signature |
|--------|-----------|-----------|
| **Chris Pease**<br>Email: chris.j.pease@icloud.com | | |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 15:07:27 UTC | |
| Viewed: | 10 Oct 2023 15:08:58 UTC | |
| Signed: | 10 Oct 2023 15:11:30 UTC | |

*Chris Pease*

**Recipient Verification:**

✔Email verified          10 Oct 2023 15:08:58 UTC

IP address: 104.28.32.217
Location: Knoxville, United States

Document completed by all parties on:
10 Oct 2023 15:11:30 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------
AMPLIFY CAR WASH ADVISORS LLC          :
                                       :
                    Plaintiff,         :
                                       :
v.                                     :        Case No. 22-cv-5612-JGK-OTW
                                       :
CAR WASH ADVISORY LLC, and             :
HARRY CARUSO,                          :        **AFFIDAVIT**
                                       :
                    Defendants.        :
-----------------------------------------------------------------
```

STATE OF <u>South Carolina</u>          )

                                       ) ss.

COUNTY OF <u>Richland County</u>        )


     <u>Dong K. Noh</u>, being duly sworn, deposes and says:

     1.    I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

     2.    I am an authorized representative of and past or current owner of <u>SK Sparkle LLC (located at 8601 Two Notch Rd., Columbia SC),</u>

<u>Car Wash Plus, LLC (located at 6212 Garners Ferry Rd., Columbia SC),</u>

<u>Nascar Xpress Car Wash, LLC (located at 4501 Hard Scrabble Rd., Columbia SC),</u>

<u>Car Wash One, LLC (located 7841 Garners Ferry Rd., Columbia SC),</u>

<u>SECW, LLC (located at 1010 Kinley Rd., Irmo SC),</u>

<u>SK Sparkle One, LLC (located at 3112 Augusta Rd. W., Columbia SC), and</u>

SK Sparkle Three, LLC (located at 9350 Two Notch Rd., Columbia SC), _____

and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

3.      I entered into a transaction involving CWA on behalf of the above business in the year 2021, which closed on or about June 2022.

4.      I first became familiar with CWA and Harry Caruso through reading a piece Harry Caruso wrote and published in an industry related online or written magazine about the car wash industry.  I first contacted CWA by submitting an online form.

5.      I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.      At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Doug Noh*

**Name:** Dong K. Noh _____

**Companies and / or Entities:**

SK Sparkle LLC (located at 8601 Two Notch Rd., Columbia SC),
Car Wash Plus, LLC (located at 6212 Garners Ferry Rd., Columbia SC),
Nascar Xpress Car Wash, LLC (located at 4501 Hard Scrabble Rd., Columbia SC),
Car Wash One, LLC (located 7841 Garners Ferry Rd., Columbia SC),
SECW, LLC (located at 1010 Kinley Rd., Irmo SC),
SK Sparkle One, LLC (located at 3112 Augusta Rd. W., Columbia SC), and
SK Sparkle Three, LLC (located at 9350 Two Notch Rd., Columbia SC),

**Dated:**  2023-10-10

# Signature Certificate

Reference number: 7XCGK-YVDBR-DSDHK-TFT8H

| Signer | Timestamp | Signature |
|---|---|---|
| **Dong Noh**<br>Email: dongknoh@gmail.com | | |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 21:04:30 UTC | |
| Viewed: | 10 Oct 2023 21:29:24 UTC | |
| Signed: | 10 Oct 2023 21:30:38 UTC | |

**Doug Noh**

**Recipient Verification:**

✔ Email verified          10 Oct 2023 21:29:24 UTC

IP address: 172.75.252.125
Location: Columbia, United States

Document completed by all parties on:
10 Oct 2023 21:30:38 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

AMPLIFY CAR WASH ADVISORS LLC    :
    :
            Plaintiff,    :
    :
v.    :    Case No. 22-cv-5612-JGK-OTW
    :
CAR WASH ADVISORY LLC, and    :
HARRY CARUSO,    :    **AFFIDAVIT**
    :
            Defendants.    :

------------------------------------------------------------

STATE OF <u>Florida</u>    )

    ) ss.

COUNTY OF Orange County    )

       <u>Doug Long</u>, being duly sworn, deposes and says:

       1.    I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

       2.    I am an authorized representative of and past or current owner of <u>USA Auto Wash, Inc., H.M. Patel, Inc., DD&D Group, Inc., KSA Equities, Inc., Strasser Wash, LLC, all in combination d.b.a. Waters Car Wash (located in and with primary place of business of Orlando Florida)</u>

and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

       3.    I entered into a transaction involving CWA on behalf of the above business in the year <u>2022</u>, which closed on or about <u>September 16th, 2022</u>.

       4.    I first became familiar with CWA and Harry Caruso through <u>an in-industry referral</u>

who referred me to Harry Caruso and Car Wash Advisory.  I first contacted CWA by <u>submitting a form through carwashadvisory.com</u>.

5.     I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.     At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Doug Long*

**Name:** <u>Doug Long</u>

**Companies and / or Entities:**

<u>USA Auto Wash, Inc., H.M. Patel, Inc., DD&D Group, Inc., KSA Equities, Inc., Strasser Wash, LLC, all in combination d.b.a. Waters Car Wash (located in and with primary place of business of Orlando Florida)</u>

**Dated:**  2023-10-10

# Signature Certificate

Reference number: UP3EX-D5JFC-GFAAD-AOSFW

| Signer | Timestamp | Signature |
|---|---|---|
| **Doug Long**<br>Email: douglongwash@gmail.com | | |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 14:49:45 UTC | |
| Viewed: | 10 Oct 2023 16:23:05 UTC | |
| Signed: | 10 Oct 2023 16:23:27 UTC | |

Signature: *Doug Long*

**Recipient Verification:**

✔ Email verified    10 Oct 2023 16:23:05 UTC

IP address: 66.177.246.18
Location: Stuart, United States

Document completed by all parties on:
10 Oct 2023 16:23:27 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------
AMPLIFY CAR WASH ADVISORS LLC         :
                                      :
                  Plaintiff,          :
                                      :
v.                                    :        Case No. 22-cv-5612-JGK-OTW
                                      :
CAR WASH ADVISORY LLC, and            :
HARRY CARUSO,                         :        **AFFIDAVIT**
                                      :
                  Defendants.         :
----------------------------------------------------------------
```

STATE OF <u>Florida</u>                )

                                      ) ss.

COUNTY OF <u>Orange County</u>        )


    <u>Don Patel</u>, being duly sworn, deposes and says:

    1.    I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

    2.    I am an authorized representative of and past or current owner of <u>USA Auto Wash, Inc., H.M. Patel, Inc., DD&D Group, Inc., KSA Equities, Inc., Strasser Wash, LLC, all in combination d.b.a. Waters Car Wash (located in and with primary place of business of Orlando Florida)</u>

and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

    3.    I entered into a transaction involving CWA on behalf of the above business in the year <u>2022</u>, which closed on or about <u>September 16th, 2022</u>.

    4.    I first became familiar with CWA and Harry Caruso through <u>an in-industry referral</u>

who referred me to Harry Caruso and Car Wash Advisory.  I first contacted CWA by <u>submitting</u> <u>a form through carwashadvisory.com</u>.

5.    I did not find, search for, or contact CWA using any of the domain names amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.    At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."

*Don Patel*

**Name:** <u>Don Patel</u>

**Companies and / or Entities:**

<u>USA Auto Wash, Inc., H.M. Patel, Inc., DD&D Group, Inc., KSA Equities, Inc., Strasser Wash,</u> <u>LLC, all in combination d.b.a. Waters Car Wash (located in and with primary place of business of</u> <u>Orlando Florida)</u>

**Dated:**  2023-10-10

# Signature Certificate

Reference number: WDNFL-XOEIU-F4PXI-2MXNU

| Signer | Timestamp | Signature |
|---|---|---|
| **Don Patel**<br>Email: donpatel23@yahoo.com<br>Shared via link | | Don Patel |
| Sent: | 10 Oct 2023 16:20:42 UTC | IP address: 174.212.41.157 |
| Viewed: | 10 Oct 2023 16:26:15 UTC | Location: Orlando, United States |
| Signed: | 10 Oct 2023 16:26:53 UTC | |

Document completed by all parties on:
10 Oct 2023 16:26:53 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

AMPLIFY CAR WASH ADVISORS LLC      :
                              :
               Plaintiff,        :
                              :
v.                                  :        Case No. 22-cv-5612-JGK-OTW
                              :
CAR WASH ADVISORY LLC, and      :
HARRY CARUSO,                 :        **AFFIDAVIT**
                              :
              Defendants.     :

-----------------------------------------------------------------

STATE OF <u>Pennsylvania</u>        )

                             ) ss.

COUNTY OF <u>Berks County</u>      )

      <u>Brennan Bressler</u>, being duly sworn, deposes and says:

      1.      I am not a party in the above-captioned proceeding, nor do I have any interest in the outcome of the proceeding.

      2.      I am an authorized representative of and past or current owner of <u>AutoSpa of Wyomissing (located at 2232 State Hill Road, Wyomissing, PA),</u> and as such, I am familiar with Defendants Car Wash Advisory LLC (CWA) and Harry Caruso.

      3.      I entered into a transaction involving CWA on behalf of the above business in the year <u>2022</u>, which closed on or about <u>January 2023</u>.

      4.      I first became familiar with CWA and Harry Caruso through <u>a mutual and shared personal acquaintance</u>. I first contacted CWA by <u>calling Harry Caruso via the phone</u>.

      5.      I did not find, search for, or contact CWA using any of the domain names

amplifycarwash.com, amplifycarwashes.com, or amplifywashes.com and was not aware at the time that any of those domain names existed.

6.     At no time prior to or during my interactions with CWA and Harry Caruso did I attempt to locate or contact anyone at CWA through "amplifycarwash.com", "amplifycarwashes.com", or "amplifywashes.com."


*Brennan Bressler*

**Name:** Brennan Bressler

**Companies and / or Entities:**

AutoSpa of Wyomissing (located at 2232 State Hill Road, Wyomissing, PA)

**Dated:**   2023-10-10

# Signature Certificate

Reference number: **2WWYC-Y4VQT-2RNUU-OHOHA**

| Signer | Timestamp | Signature |
|---|---|---|
| **Brennan Bressler** | | |
| Email: bdbressl@hotmail.com | | |

| | | |
|---|---|---|
| Sent: | 10 Oct 2023 02:47:21 UTC | |
| Viewed: | 10 Oct 2023 09:57:55 UTC | |
| Signed: | 10 Oct 2023 18:57:06 UTC | |

*Brennan Bressler*

**Recipient Verification:**

✓ Email verified          10 Oct 2023 09:57:55 UTC

IP address: 166.196.103.71
Location: Philadelphia, United States

Document completed by all parties on:
10 Oct 2023 18:57:06 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.

