# EXHIBIT 2

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | Maryam N. Hadden, Esq. <maryam.hadden@parlatorelawgroup.com> |
| **Sent:** | Wednesday, October 11, 2023 9:45 AM |
| **To:** | wang_nysdchambers@nysd.uscourts.gov; M. "Chip" De Preter; Sofia Quezada Hastings; Alex G. Patchen; Gina Kim |
| **Subject:** | Amplify v Car Wash Advisors et al 22-cv-5612 |

Your Honor,

I am writing to respectfully request an adjournment of this afternoon's court appearance as I am currently stuck in an airport in Charlotte North Carolina. I made two attempts to get on earlier flights as a standby passenger and am now confirmed on American flight 1349 leaving Charlotte at 12:10 pm and scheduled to land at 1:55 pm in LaGuardia. My deepest apologies to the court and to opposing counsel, as I will be in the air at our scheduled appearance time.

Under the circumstances I am unable to post to ECF.

Best regards,

Maryam Hadden

Sent from my iPhone

Maryam Hadden
Partner, Parlatore Law Group LLP
260 Madison Avenue, 17th Floor, New York, NY 10016
Direct Dial: (646)846-6382

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.