# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMPLIFY CAR WASH ADVISORS LLC | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 22-cv-5612-JGK |
| | : |
| CAR WASH ADVISORY LLC, and | : |
| HARRY CARUSO, | : |
| | : |
| Defendants. | : |

---

**DEFENDANTS CAR WASH ADVISORY LLC AND HARRY CARUSO'S INITIAL DISCLOSURES**

Defendants Car Wash Advisory LLC (CWA) and Harry Caruso (Caruso) state the following by and through undersigned counsel:

**PRELIMINARY STATEMENT**

Defendants' investigation is ongoing, and these initial disclosures are based on information reasonably available at this time. Defendants therefore reserve the right to amend or supplement these initial disclosures based on additional information uncovered through the course of Defendants' investigation and the parties' discovery. Defendants also reserve the right to assert all appropriate claims, positions, theories, and defenses in this case, to produce and rely on additional documents or facts, and to depose and otherwise rely on witnesses not listed herein. Defendants provide these initial disclosures without prejudice to their right to introduce at a hearing or at trial any subsequently discovered evidence.

Defendants make these initial disclosures without waiving or limiting their right to

(1) object to the discoverability or admissibility of any materials or testimony identified herein on the grounds of competency, privilege, the work product doctrine, undue burden, relevance, hearsay, or any other proper ground; (2) object to the use of any such information, for any purpose, in whole or in part, in any other proceeding or action; (3) object on any and all grounds, at any time, to any discovery request or proceeding involving or relating to the subject matter of these disclosures; and (4) remove from these disclosures any individual if Defendants discover that the information known by such individual is not discoverable.

## DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants make the following initial disclosures based on the information reasonably available as of this date.

### 1. Rule 26(a)(1)(A)(i)

The following individuals are likely to have discoverable information that Defendants may use to support their claims, unless the use would be solely for impeachment.

| Name | Contact Information | Subject(s) of the Information |
|---|---|---|
| Harry Caruso | Contact through Defendants' counsel | Matters surrounding Car Wash Advisory LLC ("CWA") and the allegations underlying Plaintiff's Complaint, Defendants' Answer, interactions between CWA and Plaintiff, and the domain in question. |
| Current and/or former employees of CWA | Contact through Defendants' counsel | Matters surrounding CWA and the allegations underlying Plaintiff's Complaint, Defendants' Answer, interactions between CWA and Plaintiff, and the domain in question. |

| | | |
|---|---|---|
| Managers or employees of Amplify Car Wash Advisory | Contact through Plaintiff's counsel | Matters surrounding CWA and the allegations underlying Plaintiff's Complaint, Defendants' Answer, interactions between CWA and Plaintiff, claims of damages, marketing efforts and expenditures by Amplify, efforts by Amplify surrounding trademark or copyright protection of the alleged Amplify mark, and claims of loss by Amplify connected to the domain in question. |

This list represents the names of potential witnesses currently known to Defendants. As we receive discovery from Plaintiff, Defendant reserves the right to supplement this list.

2. **Rule 26(a)(1)(A)(ii)**

The following documents, electronically stored information, and tangible things are in the possession, custody, or control of Defendant and may be used to support its claims:

| Category | Location |
|---|---|
| Communications between CWA and Amplify | Records of Defendant; to be obtained through undersigned counsel |
| Documents regarding domain named in Complaint | Records of Defendant; to be obtained through counsel |
| SEO search tool results showing lack of domain traffic | Records of Defendant; to be obtained through counsel. Reputable SEO search tools are also publicly available |

| Pleadings and pre-filing documents related to the litigation | Records of Defendant; to be obtained through counsel |
|---|---|
| Documents supporting mode of inception of client relationships between November 2021 and July 2022 | Records of Defendant; to be obtained through counsel |

Defendants may also rely upon any information that may be identified by Plaintiff in its discovery responses.

### 3. Rule 26(a)(1)(A)(iii)

Defendants' damages consist of ongoing damages in the form of attorney's fees and costs in the course of attempting to negotiate with Plaintiff and defending themselves from Plaintiff's unfounded claims. Defendants are not claiming any other damages.

### 4. Rule 26(a)(1)(A)(iv)

Defendants are unaware of any applicable insurance agreement.

Dated: December 9, 2022

Respectfully submitted,

 /s/ Maryam N. Hadden
Maryam N. Hadden, Esq.
Parlatore Law Group, LLP
One World Trade Center, Suite 8500
New York, NY 10007
Telephone: (212) 603-9918
Maryam.hadden@parlatorelawgroup.com

*Attorney for Defendants, Car Wash Advisory LLC and Harry Caruso.*

All counsel via e-mail