# EXHIBIT C
# DEF-C

Menu

AMPLIFYCARWASH.COM × Root Domain

Dashboard > Domain Analytics > Domain Overview

# Domain Overview: amplifycarwash.com

Export to PDF

Worldwide | US | UK | DE | ••• Desktop Oct 4, 2022 USD

Overview Compare domains Growth report Compare by countries

| Authority Score | Organic Search Traffic | Paid Search Traffic | Backlinks |
|---|---|---|---|
| 0 | Data was not found. If this is your domain, you can get all the necessary data on its keyword rankings. | 0 | 0 |
| Semrush Domain Rank 0 | Go to Position Tracking | Keywords 0 | Referring Domains 0 |

Organic | Paid

Export

**Distribution by Country**

**We have no data to show**

Information for this domain cannot be found in any regional database.

**Organic Traffic**

1M 6M 1Y 2Y All time

**We have no data to show**

Try selecting a different date or changing your filter settings.

**Organic Keywords** 0

**We have no data to show**

Try selecting a different date or changing your filter settings.

**SERP Features** US

**We have no data to show**

## Organic Research US

**Top Organic Keywords**

**We have no data to show**

Try selecting a different date or changing your filter settings.

**Organic Position Distribution**

**We have no data to show**

Try selecting a different date or changing your filter settings.

10/4/22, 10:20 AM                                         amplifycarwash.com: Domain Overview

**We have no data to show**
The requested domain ranks for a small number of keywords.

**Advertising Research**    US

**Backlinks**  🌐 Worldwide  📅 All time

10/4/22, 10:20 AM    amplifycarwash.com: Domain Overview



United States

+1 (800) 815 - 9959   ○ online

Semrush Inc. 800 Boylston Street Suite 2475 Boston, MA 02199

Change language

© 2008 - 2022 Semrush. All rights reserved.

CWA000013

Moz Pro
Campaigns
Competitive Research NEW
Keyword Research
Link Research
- Overview
- Inbound Links
- Linking Domains
- Anchor Text
- Top Pages
- Discovered and Lost
- Compare Link Profiles
- Spam Score

Link Intersect
Link Tracking Lists SAMPLE
On-Page Grader
On-Demand Crawl
Rank Checker

Moz Local
Moz Local Home
Check Local Presence
Add New Locations

Home > Moz Pro > Link Research > Overview

Start Your Free Trial

**Unlock additional SEO tools with a free 30 day trial.**

# Overview

Get the data you need to do better link building research, smarter content ideation, and link prospecting - in less time.

root domain | AMPLIFYCARWASH.COM

**0 of 10 queries available until 10/07. Want more queries? Sign up for a 30 day free trial of Moz Pro.**

| Domain Authority i | Linking Domains i | Inbound Links i | Rar |
|---|---|---|---|
| 1 | 0 | 0 | 0 |
| | Discovered in the last 60 days 0 | | |
| | Lost in last 60 days 0 | | |

## Quick Downloads

| All Links | Follow Links | Linking Domains | Follow Linking Domains |
|---|---|---|---|
| Export CSV i | Export CSV i | Export CSV i | Export CSV i |

## Discovered and lost linking domains

## Metrics over time

○ Domain Authority ○ Page Authority ○ Linking Domains

## Top anchor text for this site

There are no anchor texts to display for the current query.

## Linking Domains by DA



