UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,

                Plaintiff,

- against -

CAR WASH ADVISORY, ET AL.,

                Defendants.

22-cv-5612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on **Thursday, June 26, 2025**, at **3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            June 10, 2025

                                            John G. Koeltl
                                  United States District Judge