UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,
                Plaintiff,

- against -

CAR WASH ADVISORY LLC, ET AL.,
                Defendants.

22-cv-5612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should provide copies of marked depositions along with designations, cross-designations, and any objections by **June 30, 2025**. The parties should provide an updated exhibit list by **10:00 a.m.** on **July 2, 2025**.

The parties are directed to appear for a final pretrial conference on **July 2, 2025**, at **2:30 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007. Trial is scheduled for **July 8, 2025**, at **9:00 a.m.** in in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
           June 27, 2025

                                          John G. Koeltl
                                    United States District Judge