UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMPLIFY CAR WASH ADVISORS LLC,

                         Plaintiff,

                                                   22-cv-5612 (JGK)

       - against -

                                                   <u>ORDER</u>

CAR WASH ADVISORY LLC, ET AL.,

                         Defendants.

JOHN G. KOELTL, District Judge:

    The Court has reviewed the parties' deposition designations, counter-designations, and objections.

    <u>For the Martin Deposition</u>:

    Strike

        32:11-17        Objection **sustained**.

        34:20-35:5     Objection **sustained**.

    Include

        53:7-15

    All other designations and counter-designations can proceed.

    <u>For the May Deposition</u>:

    The objection to 102:7-20 is **overruled**.

    The following objections are **sustained**:

        56:1-19

        68:8-12

        68:17-69:16

        71:16-20

        73:1-14

        84:4-85:17

All other designations and counter-designations can proceed.

<u>For the Pavone Deposition</u>:

The objection to page 14 is **overruled**.

| | |
|---|---|
| 38:3-6 | Objection **sustained**. |
| 48:5-13 | Objection **overruled**. |
| 65:4-12 | Objection **overruled**. |
| 79:3-11 | Objection **sustained**. |
| 81:18-23 | Objection **sustained**. |

All other designations and counter-designations can proceed.

**SO ORDERED.**

Dated:    New York, New York
             July 2, 2025

                                                  John G. Koeltl
                                          United States District Judge