UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,

        Plaintiff,

   - against -

CAR WASH ADVISORY LLC, ET AL.,

        Defendants.

22-cv-5612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, in connection with the parties' letter regarding post-trial matters (ECF No. 128) on **Wednesday, July 30, 2025, at 3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           July 17, 2025

                                        John G. Koeltl
                                  United States District Judge