UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMPLIFY CAR WASH ADVISORS LLC,

               Plaintiff,

         - against -

CAR WASH ADVISORY LLC, ET AL.,

               Defendants.

22-cv-5612 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the plaintiff should file a revised proposed judgment that includes any proposed injunctive relief, along with any supporting argument or cases, by **Friday, August 1, 2025.** The defendants should file a response and any proposed counter-judgment by **Friday, August 8, 2025.**

SO ORDERED.

Dated:    New York, New York
          July 30, 2025

                                 John G. Koeltl
                     United States District Judge