IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY CAR WASH ADVISORS LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAR WASH ADVISORY LLC and HARRY CARUSO, <br><br> Defendants. | Case No. 22-cv-5612 <br><br> Judge John G. Koeltl |

## [PROPOSED]

## JUDGMENT

Plaintiff, Amplify Car Wash Advisors LLC ("Plaintiff") brought claims against Car Wash Advisory LLC and Harry Caruso (collectively "Defendants") for Cybersquatting (Count I), Common Law Trademark Infringement (Count II), Unfair Competition under N.Y. Gen. Bus. Law §349(a) (Count III), and Tortious Interference with Prospective Economic Advantage (Count IV). Prior to trial, Count IV was dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [Dkt. 105], Count III was dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [Dkt. 98], and the court entered judgment as a matter of law on Counts I and II pursuant to Fed. R. Civ. P. 56 in favor of Plaintiff finding Defendants jointly and severally liable for infringing Plaintiff's AMPLIFY and AMPLIFY CAR WASH ADVISORS trademarks and for cybersquatting with respect to the domain amplifycarwash.com [Dkt. 89]. Pursuant to the jury's determinations at trial, the court enters the award of $100,000.00 to Plaintiff for Count I, $1.00 to Plaintiff for Count II, and a finding that the Defendants acted willfully in their

infringement of Plaintiff's trademarks. The awards and findings are entered jointly and severally against Defendants.

The Court further awarded Plaintiff and entered against each Defendant permanent injunctive relief pursuant to 15 U.S.C. §1116 and the principles of equity [Dkt.140].

So Ordered:

August 13, 2025

/s/ John G. Koeltl
The Honorable John G. Koeltl
United States District Court Judge