UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMPLIFY CAR WASH ADVISORS LLC,

      Plaintiff,    22-cv-5612 (JGK)

   - against -      ORDER

CAR WASH ADVISORY LLC & HARRY
CARUSO,

      Defendants.

---

JOHN G. KOELTL, District Judge:

For good cause shown, Amplify may file a bill of costs with the Clerk by **February 20, 2026,** as a result of its favorable judgment in this case.

The plaintiff's motion for reconsideration is **denied as moot.** The Clerk is respectfully requested to close ECF No. 164.

SO ORDERED.
Dated:  New York, New York
    February 10, 2026

           John G. Koeltl
         United States District Judge